```
_____ FILED _____ LODGED
_____ RECEIVED
MAY 14 2008
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY
```

1  Richard R. Meneghello, WSBA #26881
   Email Address: rmeneghello@laborlawyers.com
2  FISHER & PHILLIPS LLP
3  111 SW Fifth Avenue, Suite 1250
   Portland, Oregon 97204
4  (503) 242-4262 Telephone
   (503) 242-4263 Facsimile
5  Email Address: pdx@laborlawyers.com

6
   08-CV-05287-ORD
7  Attorneys for Defendants

8
                    UNITED STATES DISTRICT COURT
9
              FOR THE WESTERN DISTRICT OF WASHINGTON
10

11 | LINDA TUCKER, individually,            )  Case No. 3:08-CV-05287-RBL
                                            )
12 |                          Plaintiff,    )
                                            )
13 |        v.                              )
                                            )
14 | COMCAST OF WASHINGTON,                 )  PROPOSED ORDER
   | INCORPORATED and JESSICA               )
15 | GONZALEZ, Individually and "JOHN DOE"  )
   | GONZALEZ and the marital community     )
16 | composed thereof,                      )
                                            )
17 |                          Defendants.   )
                                            )
18                                          )
                                            )
19                                          )
                                            )
20 |_____   )

21                          **ORDER**

22

23  Defendants submitted their Unopposed Motion for an Enlargement of Time to Enter a

24  First Appearance before this Court on May 12, 2008.

25

26

Page 1   PROPOSED ORDER
         Case No. 3:08-CV-05287-RBL

FISHER & PHILLIPS LLP
111 SW Fifth Ave., Ste. 1250
Portland, Oregon 97204
(503) 242-4262

Portland 73248.1

1   The Court having considered defendants' Unopposed Motion and the record herein, and
2   being fully advised,
3
4   IT IS HEREBY ORDERED that defendants' Unopposed Motion for an Enlargement of
5   Time to Enter a First Appearance is GRANTED, setting May 19, 2008 as defendants' due date to
6   file a first appearance.
7
8   DATED: This 14th day of May, 2008.

_____
The Honorable Ronald B. Leighton

Presented by:

FISHER & PHILLIPS LLP

/s/ Richard R. Meneghello
_____
Richard R. Meneghello, WSBA #26881
Attorney for Defendants.

Page 2   PROPOSED ORDER
Case No. 3:08-CV-05287-RBL

FISHER & PHILLIPS LLP
111 SW Fifth Ave., Ste. 1250
Portland, Oregon 97204
(503) 242-4262

Portland 73248.1